IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | C.A. NO. 6:16-cv-00020-RP |
| v. | § § | |
| KATHLEEN MACK AND CLAYTON MACK, AS INDEPENDENT EXECUTOR OF THE ESTATE OF WALTER G. MACK, | § § § § § | |
| Defendants. | § | |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Primerica Life Insurance Company ("Primerica") files this Stipulation for Dismissal of the pending lawsuit and states:

### I. BACKGROUND

Primerica filed this interpleader action on January 29, 2016. After filing this lawsuit, Defendants Kathleen Mack and Clayton Mack, as Independent Executor of the Estate of Walter G. Mack (collectively, "Defendants"), resolved and settled their claims to the disputed funds. Defendants have not yet filed or served an answer or motion for summary judgment. Accordingly, Primerica voluntarily dismisses this lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

### II. RELIEF REQUESTED

Primerica respectfully requests that the Court take notice of this stipulation for dismissal, and dismiss this lawsuit without prejudice.

_____
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE                                                                      PAGE 1

Respectfully submitted,

By:  /s/  Bill E. Davidoff
Bill E. Davidoff
State Bar No. 00790565
bill.davidoff@figdav.com
Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL:  214.939.2000
FAX:  214.939.2090

ATTORNEYS FOR PLAINTIFF
PRIMERICA LIFE INSURANCE
COMPANY

_____
**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**                                                                                       **PAGE 2**